UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUN X 5 2024

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RAY BRADLEY,

      Defendant,

**WAIVER OF INDICTMENT**

CASE NUMBER: 4:22-CR-00639-MTS

I, RAY BRADLEY, the above named defendant, who is accused of conspiracy to commit murder for hire, resulting in physical injury, in violation of Title 18, United States Code, Section 1958 and conspiracy to distribute over 5 kilograms of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

UNITED STATES OF AMERICA          )
EASTERN DIVISION                  )
EASTERN DISTRICT OF MISSOURI      )

     I, ANGIE E. DANIS, Assistant United States Attorney for the Eastern District of Missouri,

being duly sworn, do say that the foregoing information is true as I verily believe.

_____
ANGIE E. DANIS, #64805MO

Subscribed and sworn to before me this 5th day of June 2024.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK